UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SKUBISZ, ROBERT J | ) | CASE NO. 05 B 52339 |
| SKUBISZ, ROSA M | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

Social Security/Employer Tax ID Number:   XXX-XX-1934
                                          XXX-XX-4589

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois 60604

   On: **March 19, 2008**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                $35,304.41

   Disbursements                               $33.53

   Net Cash Available for Distribution     $35,270.88

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $4,280.44 | $57.19 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $3,570.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $47,758.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 57.30%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Discover Bank/Discover Financial | $18,883.81 | $10,819.49 |
| 5 | Recovery Management Systems Corp | $4,392.67 | $2,516.78 |
| 6 | World Financial Network National Bank | $139.02 | $79.65 |
| 7 | T-Mobile Bankruptcy | $251.68 | $144.20 |
| 8 | Citibank (South Dakota). N.A. | $3,057.03 | $1,751.53 |
| 9 | Ecast Settlement Corporation | $4,459.37 | $2,555.00 |
| 10 | Target National Bank | $2,410.75 | $1,381.24 |
| 12 | Citibank (South Dakota) N.A. | $14,164.17 | $8,115.36 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Checking Account | $100.00 |
| Household Furnishings | $750.00 |
| Wearing Apparel | $500.00 |
| Jewelry | $125.00 |
| 401(k) | $14,200.00 |
| 2001 Dodge Stratus | $500.00 |
| Tools | $250.00 |

Dated: **February 1, 2008**         For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     Phillip D. Levey
Address:     2722 North Racine Avenue
             Chicago, IL 60614
Phone No.:   (773) 348-9682

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 2          Date Rcvd: Feb 01, 2008
Case: 05-52339                    Form ID: pdf002              Total Served: 37


The following entities were served by first class mail on Feb 03, 2008.
db           +Robert J Skubisz,    7911 S Parkside,    Burbank, IL 60459-2034
jdb          +Rosa M Skubisz,    7911 S Parkside,    Burbank, IL 60459-2034
aty          +James L. DeVries,    Law Offices of James L. DeVries, P.C.,    9959 S. Roberts Road,
               Palos Hills, IL 60465-1649
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
10500145     +Allied Interstate,    P O Box 369008,    Columbus, OH 43236-9008
10500137     +Auto Zone,    Dept 30-3300019274,    P O Box 9040,    Des Moines, IA 50368-9040
10500138     +Bank of America,    P O Box 53132,    Phoenix, AZ 85072-3132
10500159     +Bay Area Credit Service,    50 Airport Parkway,    San Jose, CA 95110-1036
10500139     +Capital One Bank,    P O Box 790216,    St Louis, MO 63179-0216
10500140     +Cardmember Services,    P O Box 44167,    Jacksonville, FL 32231-4167
10500141     +Carson Pirie Scott,    Attn Recovery Department,    101 N Wolf Road,    Hillside, IL 60162-1634
10500142     +Citi Cards,    P O Box 6000,    The Lakes, NV 89163-0001
11184844      Citibank (South Dakota) N.A.,    Exception Payment Processing,    P.O. Box 6305,
               The Lakes, NV 88901-6305
11092246     +Citibank (South Dakota). N.A.,    DBA: THE HOME DEPOT,    PO Box 9025,    Des Moines, IA 50368-9025
10500143     +City of Harvey Water Dept,    P O Box 2600,    Harvey, IL 60426-8600
10500147     +First American Bank,    P O Box 0794,    Elk Grove Village, IL 60009-0794
10500148     +Kohl’s,    P O Box 2983,    Milwaukee, WI 53201-2983
10500149     +MBNA America,    P O Box 15026,    Wilmington, DE 19850-5026
10500135     +Mid America Bank FSB,    2650 Warrenville Road Suite 500,    P O Box 7039,
               Downers Grove, IL 60515-7039
10500150      New York & Co,    P O Box 18122,    Columbus, OH 43218
10500151     +Nicor Gas,    c/o NCO Financial,    P O Box 6489,    Baltimore, MD 21230-0489
11063635     +Recovery Management Systems Corporation,    For GE Money Bank,    dba SAM’S CLUB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10500152     +Retail Servces,    P O Box 17602,    Baltimore, MD 21297-1602
10500154     +SBC Illinois,    c/o Allied Interstate,    P O Box 361598,    Columbus, OH 43236-1598
10500153     +Sam’s Club,    P O Box 981064,    El Paso, TX 79998-1064
10500155     +Sears RCCOC,    P O Box 3671,    Des Moines, IA 50323-0671
10500158     +T Mobile,    P O Box 742596,    Cincinnati, OH 45274-2596
11083286     +T-Mobile Bankruptcy,    PO BOX 53410,    Bellevue, WA 98015-3410
10500156     +Target National Bank,    c/o Target Credit Services,    P O Box 59317,    Minneapolis, MN 55459-0317
11133159     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10500157     +The Home Depot,    P O Box 9100,    Des Moines, IA 50368-0001
10493533     +Washington Mutual,    11200 West Parkland Ave., MS:MWIA303,    Milwaukee, WI 53224-3127
11071576     +World Financial Network National Bank,    New York & Company,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
11124043      eCAST Settlement Corporation,    Assignee of Household Bank,    P.O. Box 7247-6971,
               Philadelphia, PA 19170-6971

The following entities were served by electronic transmission on Feb 02, 2008.
10500144     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            ComEd,
               Bill Payment Center,    Chicago, IL 60668-0001
11051933     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 02 2008 04:47:06
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10500146      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 02 2008 04:47:06      Discover Bank,
               P O Box 15251,    Wilmington, DE 19886
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
10500136*    +Mid America Bank FSB,    2650 Warrenville Road Suite 500,    P O Box 7039,
               Downers Grove, IL 60515-7039
                                                                                             TOTALS: 0, * 3

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Feb 01, 2008
Case: 05-52339                 Form ID: pdf002          Total Served: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2008**              **Signature:**    _Joseph Speetjens_