IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SKUBISZ, ROBERT J. AND ROSA M. | ) | CASE NO. 05 B 52339 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO:   THE HONORABLE SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 5-28-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SKUBISZ, ROBERT J | ) | CASE NO. 05 B 52339 |
| SKUBISZ, ROSA M | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $4,280.44 |
| 2. | Trustee's expenses | $57.19 |
| | TOTAL | $4,337.63 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $3,570.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

ENTERED
MAR 1 9 200_
SUSAN PIERSON SONDERBY

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SKUBISZ, ROBERT J | ) | CASE NO. 05 B 52339 |
| SKUBISZ, ROSA M | ) | |
| Debtor(s) | ) | HON. SUSAN PIERSON SONDERBY |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $7,907.63 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $27,390.82 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $35,298.45 |

EXHIBIT D

**FINAL DISTRIBUTION**

| Case Number: 05-52339  SPS | | | | Page 1 | | | Date: March 19, 2008 |
|---|---|---|---|---|---|---|---|

Debtor Name: SKUBISZ, ROBERT J \ SKUBISZ, ROSA M

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $35,298.45 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $4,280.44 *<br>$4,280.44 | $0.00 | $4,280.44 | $4,280.44 | $31,018.01 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $57.19 *<br>$57.19 | $0.00 | $57.19 | $57.19 | $30,960.82 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type | | | $4,337.63 *<br>$4,337.63 | $0.00 | $4,337.63 | $4,337.63 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $3,570.00 *<br>$3,570.00 | $0.00 | $3,570.00 | $3,570.00 | $27,390.82 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Subtotal For Claim Type 3110-00 | | | $3,570.00 *<br>$3,570.00 | $0.00 | $3,570.00 | $3,570.00 | |
| | Subtotals For Class Administrative  100.00000 % | | | $7,907.63 *<br>$7,907.63 | $0.00 | $7,907.63 | $7,907.63 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000002 | DISCOVER BANK/DISCOVER<br>FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OH 43054 | Unsec | 070<br>Percent Paid: 57.35276 % | $9,066.12 *<br>$9,066.12 | $0.00 | $9,066.12 | $5,199.67 | $22,191.15 |
| 000003 | DISCOVER BANK/DISCOVER<br>FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OH 43054 | Unsec | 070<br>Percent Paid: 57.35280 % | $9,817.69 *<br>$9,817.69 | $0.00 | $9,817.69 | $5,630.72 | $16,560.43 |
| 000004 | Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba SAM"S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsec | 070<br>Percent Paid: 57.35266 % | $1,832.33 *<br>$1,832.33 | $0.00 | $1,832.33 | $1,050.89 | $15,509.54 |
| 000005 | Recovery Management Systems<br>Corporation<br>For GE Money Bank | Unsec | 070 | $2,560.34 *<br>$2,560.34 | $0.00 | $2,560.34 | $1,468.43 | $14,041.11 |

FINAL DISTRIBUTION

| Case Number: 05-52339  SPS | | | Page 2 | | | | Date: March 19, 2008 |

Debtor Name: SKUBISZ, ROBERT J \ SKUBISZ, ROSA M

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Claim Type 7100-00 - General Unsecured 726(a)(2) | | | | | | | |
| | dba SAM"S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | | | Percent Paid: 57.35293 % | | | | |
| 000006 | World Financial Network National Bank<br>New York & Company<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Unsec | 070 | $139.02 *<br>$139.02<br>Percent Paid: 57.35146 % | $0.00 | $139.02 | $79.73 | $13,961.38 |
| 000007 | T-Mobile Bankruptcy<br>PO BOX 53410<br>Bellevue, WA 98015 | Unsec | 070 | $251.68 *<br>$251.68<br>Percent Paid: 57.35458 % | $0.00 | $251.68 | $144.35 | $13,817.03 |
| 000008 | Citibank (South Dakota), N.A.<br>DBA: THE HOME DEPOT<br>PO Box 9025<br>Des Moines, IA 50368 | Unsec | 070 | $3,057.03 *<br>$3,057.03<br>Percent Paid: 57.35272 % | $0.00 | $3,057.03 | $1,753.29 | $12,063.74 |
| 000009 | eCAST Settlement Corporation<br>Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsec | 070 | $4,459.37 *<br>$4,459.37<br>Percent Paid: 57.35272 % | $0.00 | $4,459.37 | $2,557.57 | $9,506.17 |
| 000010 | Target National Bank (f.k.a.<br>Retailers National Ba<br>TARGET VISA<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Unsec | 070 | $2,410.75 *<br>$2,410.75<br>Percent Paid: 57.35269 % | $0.00 | $2,410.75 | $1,382.63 | $8,123.54 |
| 000011 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsec | 070 | $14,164.17 *<br>$14,164.17<br>Percent Paid: 57.35274 % | $0.00 | $14,164.17 | $8,123.54 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $47,758.50 *<br>$47,758.50 | $0.00 | $47,758.50 | $27,390.82 | |

# FINAL DISTRIBUTION

Case Number: 05-52339  SPS  
Debtor Name: SKUBISZ, ROBERT J \ SKUBISZ, ROSA M  
Page 3  
Date: March 19, 2008

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Subtotals For Class Unsecured | | 57.35276 % | | $47,758.50 * / $47,758.50 | $0.00 | $47,758.50 | $27,390.82 | |
| << Totals >> | | | | $55,666.13 / $55,666.13 | $0.00 | $55,666.13 | $35,298.45 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-52339 -SPS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SKUBISZ, ROBERT J | Bank Name: | BANK OF AMERICA |
| | SKUBISZ, ROSA M | Account Number / CD #: | *******2041 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4766 | | |
| For Period Ending: | 05/28/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/07 | 1 | First American Title | Sale of Real Estate | 1110-000 | 35,000.00 | | 35,000.00 |
| 01/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.08 | | 35,020.08 |
| 02/28/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 26.86 | | 35,046.94 |
| 03/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 29.77 | | 35,076.71 |
| 04/30/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 28.83 | | 35,105.54 |
| 05/08/07 | 000101 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 33.53 | 35,072.01 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 05/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 29.80 | | 35,101.81 |
| 06/29/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 28.85 | | 35,130.66 |
| 07/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 29.84 | | 35,160.50 |
| 08/31/07 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 29.86 | | 35,190.36 |
| 09/28/07 | 2 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 22.41 | | 35,212.77 |
| 10/31/07 | 2 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 22.44 | | 35,235.21 |
| 11/30/07 | 2 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 18.82 | | 35,254.03 |
| 12/31/07 | 2 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 16.85 | | 35,270.88 |
| 01/31/08 | 2 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 13.97 | | 35,284.85 |
| 02/29/08 | 2 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 8.39 | | 35,293.24 |
| 03/19/08 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 5.21 | | 35,298.45 |
| 03/19/08 | | Transfer to Acct #*******3069 | Final Posting Transfer | 9999-000 | | 35,298.45 | 0.00 |

Page Subtotals    35,331.98    35,331.98

LFORM24    Ver: 12.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-52339 -SPS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | SKUBISZ, ROBERT J | Bank Name: | BANK OF AMERICA |
| | SKUBISZ, ROSA M | Account Number / CD #: | *******2041 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4766 | | |
| For Period Ending: | 05/28/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 35,331.98 | 35,331.98 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 35,298.45 | |
| | | | Subtotal | | 35,331.98 | 33.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 35,331.98 | 33.53 | |

Page Subtotals    0.00    0.00

Ver: 12.63

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52339 -SPS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | SKUBISZ, ROBERT J | Bank Name: | BANK OF AMERICA |
| | SKUBISZ, ROSA M | Account Number / CD #: | *******3069 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4766 | | |
| For Period Ending: | 05/28/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/19/08 | | Transfer from Acct #*******2041 | Transfer In From MMA Account | 9999-000 | 35,298.45 | | 35,298.45 |
| 03/20/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 4,280.44 | 31,018.01 |
| 03/20/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 57.19 | 30,960.82 |
| 03/20/08 | 000103 | Phillip D. Levey | | 3110-000 | | 3,570.00 | 27,390.82 |
| 03/20/08 | 000104 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OH 43054 | Claim 000002, Payment 57.35276%<br>(2-1) 7480658839 | 7100-900 | | 5,199.67 | 22,191.15 |
| 03/20/08 | 000105 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES<br>PO BOX 3025<br>NEW ALBANY OH 43054 | Claim 000003, Payment 57.35280%<br>(3-1) 7070156285 | 7100-900 | | 5,630.72 | 16,560.43 |
| 03/20/08 | 000106 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM"S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000004, Payment 57.35266% | 7100-900 | | 1,050.89 | 15,509.54 |
| 03/20/08 | 000107 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM"S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000005, Payment 57.35293% | 7100-900 | | 1,468.43 | 14,041.11 |
| 03/20/08 | 000108 | World Financial Network National Bank<br>New York & Company<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 000006, Payment 57.35146% | 7100-900 | | 79.73 | 13,961.38 |
| | | | | Page Subtotals | 35,298.45 | 21,337.07 | |

LFORM24

Ver: 12.63

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-52339 -SPS | Trustee Name: | Phillip D. Levey |
| Case Name: | SKUBISZ, ROBERT J | Bank Name: | BANK OF AMERICA |
| | SKUBISZ, ROSA M | Account Number / CD #: | *******3069 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4766 | | |
| For Period Ending: | 05/28/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/20/08 | 000109 | T-Mobile Bankruptcy<br>PO BOX 53410<br>Bellevue, WA 98015 | Claim 000007, Payment 57.35458% | 7100-000 | | 144.35 | 13,817.03 |
| 03/20/08 | 000110 | Citibank (South Dakota). N.A.<br>DBA: THE HOME DEPOT<br>PO Box 9025<br>Des Moines, IA 50368 | Claim 000008, Payment 57.35272% | 7100-900 | | 1,753.29 | 12,063.74 |
| 03/20/08 | 000111 | eCAST Settlement Corporation<br>Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Claim 000009, Payment 57.35272% | 7100-900 | | 2,557.57 | 9,506.17 |
| 03/20/08 | 000112 | Target National Bank (f.k.a. Retailers National Ba<br>TARGET VISA<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Claim 000010, Payment 57.35269% | 7100-900 | | 1,382.63 | 8,123.54 |
| 03/20/08 | 000113 | Citibank (South Dakota) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Claim 000011, Payment 57.35274%<br>(11-1) Modified on 2/20/2007 to<br>correct amount claimed(PG) | 7100-900 | | 8,123.54 | 0.00 |

|  | COLUMN TOTALS | 35,298.45 | 35,298.45 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 35,298.45 | 0.00 | |
|  | Subtotal | 0.00 | 35,298.45 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 35,298.45 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********2041 | 35,331.98 | 33.53 | 0.00 |
| Checking Account (Non-Interest Earn - ********3069 | 0.00 | 35,298.45 | 0.00 |
| Page Subtotals | 0.00 | 13,961.38 | |

LFORM24

Ver: 12.63

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 05-52339 -SPS | Trustee Name: | Phillip D. Levey |
| Case Name: | SKUBISZ, ROBERT J | Bank Name: | BANK OF AMERICA |
| | SKUBISZ, ROSA M | Account Number / CD #: | *******3069 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4766 | | |
| For Period Ending: | 05/28/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 35,331.98 | 35,331.98 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 12.63

LFORM24